**Order entered March 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01339-CR

**ELIJAH ZAVIER FINLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-56527-M**

## ORDER

The Court **GRANTS** court reporter Belinda Baraka's February 28, 2013 request for an extension of time to file the reporter's record. We **ORDER** Ms. Baraka to file the reporter's record by **MARCH 29, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Belinda Baraka, official court reporter, 194th Judicial District Court, and to counsel for all parties.

/s/    CAROLYN WRIGHT
           CHIEF JUSTICE